John JOSEPH

v.

Louis A. SAGE, M. D. et al.

No. 82-101-M.P.

Supreme Court of Rhode Island.

April 1, 1982.

Decof & Grimm, E. Paul Grimm, Provi-
dence, for plaintiff-respondent.

Hanson, Curran & Parks, Dennis J.
McCarten, Providence, Rice, Dolan, Kiernan
& Kershaw, James A. Currier, Providence,
for defendants-petitioners.

### ORDER
The petition for writ of certiorari is granted.

### ORDER
The petition for writ of certiorari is denied.